IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASMA M. RASHID,<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON MUTUAL, et al.,<br><br>    Defendants.<br>_____/ | No. Misc. C 07-80245 CRB<br><br>**ORDER OF DISMISSAL WITH LEAVE TO AMEND** |

    Plaintiff, proceeding pro se, filed this action against "WASHINGTON MUTUAL, US Vessel DOES, ROES, and MOES 1-100 et al, US Vessel" as a miscellaneous action. Plaintiff's papers are incomprehensible and it is impossible for the Court to discern the basis for plaintiff's lawsuit. It appears that plaintiff may have a loan with defendant Washington Mutual, and it appears that plaintiff is demanding $30 million from Washington Mutual, but even those facts are unclear and the Court cannot discern the basis for the demand.

    Accordingly, plaintiff's "action" is DISMISSED with 20 days leave to amend. If plaintiff wishes to proceed with this action, plaintiff must file a complaint that clearly identifies the parties and the claims that plaintiff is making and the facts that support his

//

//

//

claims. Citation to random legal authorities is not sufficient to state a claim.

**IT IS SO ORDERED.**

Dated: October 29, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE